**Motion Denied and Order filed December 10, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00550-CV
_____

## JOSEPH CLAUDE HENRY, Appellant

### V.

## MEGAN ANN WHITLOCK-HENRY, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2021-52332**

## ORDER

On October 22, 2021, this court ordered a stay of specific provisions of the trial court's protective order. Appellee has filed a motion to lift the stay of the following provision:

> • Appellant shall sell or surrender to the Harris County Sheriff's Office any and all firearms or ammunition possessed by him no later than ten (10) days following execution of the final protective order.

A response has been filed.

Our order stayed only the requirement to sell or surrender the firearms to the Sheriff's Office. The stay does not prevent the trial court from entering any further orders regarding firearms. Accordingly, the motion is denied.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.